SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-00308-MCE-EFB** |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR DISMISSAL** |
| vs. | ) |
| Lodi RV Center, et al, | ) |
| Defendants. | ) |

    IT IS SO ORDERED that the above-entitled action be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A).

Dated: July 5, 2012

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-308-MCE-EFB- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-308-MCE-EFB- 2